UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND D. ZAMORA, | No. C 05-3137 MHP (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| DAVE GRAZIANI; et al., | |
| Defendants. | |

Raymond D. Zamora, currently housed at Napa State Hospital, filed a pro se civil rights complaint under 42 U.S.C. § 1983. The court reviewed the complaint, determined it did not state a claim upon which relief could be granted against any defendant, and dismissed it with leave to amend by March 31, 2006. Plaintiff did not file an amended complaint and the deadline by which to do so has long passed. Accordingly, this action is dismissed for failure to state a claim upon which relief may be granted. The clerk shall close the file.

IT IS SO ORDERED.

Dated: September 5, 2006

_____
Marilyn Hall Patel
United States District Judge